United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10563
Summary Calendar

LAKEITH AMIR-SHARIF,

Plaintiff-Appellant,

versus

DALLAS COUNTY TEXAS; LUPE VALDEZ, Dallas County Sheriff;
PARKLAND MEMORIAL HOSPITAL, Board of Directors; SUSAN
PHILLIPS, Vice President, Parkland Memorial Hospital/Jail
Health Care Coordinator; DR. STEVEN BOWERS, Jail Medical
Director; UNIVERSITY OF TEXAS MEDICAL BRANCH, Jail Health
Care Provider; KENNETH MAYFIELD, Dallas Commissioner; EDGAR
L. MCMILLIAN, JR.,

Defendants-Appellees.

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:06-CV-143
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Lakeith Amir-Sharif filed the instant § 1983 suit to seek
redress for acts that occurred while he was incarcerated. Amir-
Sharif filed motions for a temporary restraining order (TRO) and
preliminary injunction requesting that the district court order
the defendants to cease tampering with his mail, permit him to
receive publications in the mail, and permit him to access the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

law library.  The district court denied the motions and denied his request to proceed in forma pauperis (IFP) in this interlocutory appeal.  Amir-Sharif now moves this court for authorization to proceed IFP on appeal.  He also requests appointed counsel.

We lack jurisdiction to consider Amir-Sharif's challenge to the denial of his requests for a TRO.  See Faulder v. Johnson, 178 F.3d 741, 742 (5th Cir. 1999).  Consequently, Amir-Sharif's appeal is DISMISSED FOR WANT OF JURISDICTION to the extent that he appeals the district court's denial of his requests for a TRO.

Amir-Sharif's requests for a preliminary injunction have been mooted by his release from prison.  See Herman v. Holiday, 238 F.3d 660, 665 (5th Cir. 2001).  This appeal is DISMISSED AS MOOT to the extent that Amir-Sharif appeals the district court's denial of his requests for a preliminary injunction.  All outstanding motions are DENIED.